UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donald G. Cousineau,

Plaintiff,

v.

Norstan, Inc.,

Defendant.

Case No.: 00-CV-1113 DSD/JMM

**ORDER**

---

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and based upon the Stipulation for Enlargement of Time to Respond to the Complaint filed with the Court,

IT IS ORDERED that the time within which defendant is required to respond to plaintiff's complaint shall be enlarged and that defendant shall have up to and including June 6, 2000 to respond to plaintiff's complaint.

Dated: 5/26/00

Magistrate Judge John M. Mason
United States Magistrate Judge

FILED MAY 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

277766- 1