UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DONALD G. COUSINEAU,

Plaintiff,

v.

NORSTAN, INC.,

Defendant.

CIVIL NO. 00-1113 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: April 2, 2001

JOHN M. MASON
United States Magistrate Judge

(11)

Filed APR 02 2001
Francis E. Dosal, Clerk
Judgment Entered
Deputy Clerk's Initials

Date: April 4, 2001 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:00-cv-01113 Cousineau v. Norstan, Inc

---

DOCKET ENTRY

---

ORDER (Magistrate Judge John M. Mason) OF RECUSAL Case referred to Magistrate Judge Jonathan G. Lebedoff (4-01 AD 109) 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL