UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1113 (DSD/JMM)

Donald G. Cousineau,

Plaintiff,

v. **ORDER**

Norstan, Inc.,

Defendant.

This matter is before the court on plaintiff's letter motion for permission to file a brief exceeding the 35-page limit set forth in Local Rule 7.1(c).

Based on a review of the file, **IT IS HEREBY ORDERED** that plaintiff's motion is granted, and both plaintiff and defendant may file briefs which exceed the limitation by five pages, for a total of 40 pages.

Dated: April 18, 2001

David S. Doty, Judge
United States District Court

FILED 4-19-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______