# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald G. Cousineau,

v.

Norstan, Inc.,

Case No. Civil 00-1113 DSD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion for summary judgment on plaintiff's claims is denied.

Plaintiff's affirmative motion for summary judgment on its claims is granted.

Plaintiff's motion for summary judgment on defendant's counterclaims is granted.

DATE: July 27, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

39