# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald G. Cousineau,

Case No. Civil 00-1113 DSD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Norstan, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The request for entry of the summary judgment order is denied as moot.

The request for commissions is granted, and the amount awarded to plaintiff is $478,709.00.

The request for prejudgment interest is granted, and the amount awarded should be $64,216.14 plus interest accrued since August 20, 2001.

The request for a statutory penalty under Minn. Stat. 181.14 is granted, and the amount awarded is $36,885.94.

The request for attorneys' fees is granted, and the amount awarded is $91,780.50.

The request for costs is granted, and the amount awarded is $28,226.27.

DATE: October 17, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

57