UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald G. Cousineau,

Plaintiff,

v.

Norstan, Inc.,

Defendant.

Case No.: 00-CV-1113 DSD/JGL

**STIPULATION AND ORDER FOR EXONERATION OF SUPERSEDEAS BOND**

Plaintiff Donald G. Cousineau ("Cousineau"), and defendant Norstan, Inc. ("Norstan") respectfully submit this Stipulation for Exoneration of Supersedeas Bond.

1. WHEREAS, on May 2, 2000, Cousineau brought a complaint against Norstan asserting certain claims against Norstan for past due commissions in a lawsuit in this Court, entitled Donald G. Cousineau v. Norstan, Inc., Civil No. 00-1113 (DSD/JGL); and

2. WHEREAS, on July 27, 2001, the Court granted summary judgment to Cousineau; and

3. WHEREAS, on October 24, 2001, Norstan filed with the Court a Notice of Appeal to the United States Court of Appeals for the Eighth Circuit; and

4. WHEREAS, on November 21, 2001, the Court approved Supersedeas Bond No. GRMN19167A in the amount of $759,569.04, posted by Norstan and executed by its surety, Granite Re, Inc., as a condition of a stay of the execution of that judgment during Norstan's appeal; and

5. WHEREAS, on March 6, 2003, the United States Court of Appeals for the Eighth Circuit affirmed the judgment of the District Court; and



MAR 25 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. WHEREAS, Cousineau and Norstan now desire to fully compromise and settle the dispute between them and to avoid the expense of further litigation;

NOW, THEREFORE, to permit the full and final settlement of this matter, the parties hereby stipulate and request (1) that Supersedeas Bond No. GRMN19167A be exonerated, and (2) that this exoneration become effective immediately upon the deposit of $759,569.04 by Norstan's surety, Granite Re, Inc., into the Lockridge Grindal Nauen Lawyers' Trust Account at U.S. Bank, 800 Nicollet Mall, Minneapolis, MN 55402.

Respectfully submitted,

Dated: March 20, 2003

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By
Patricia A. Bloodgood, #157673
Martin A. Carlson, #0299650
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT NORSTAN, INC.**

Dated: March 20, 2003

NICHOLS, KASTER & ANDERSON

By
James H. Kaster, #53946
Nicholas G.B. May, #287106
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

**ATTORNEYS FOR PLAINTIFF DONALD G. COUSINEAU**

Dated: March 19, 2003

Donald G. Cousineau

# ORDER

Based upon the foregoing Stipulation of the parties, and the Court being fully advised on the premises, it is hereby

**ORDERED** that Supersedeas Bond No. GRMN19167A, in the amount of $759,569.04, shall be exonerated, with no further action required by the Court or the parties, upon the deposit of $759,569.04 by Norstan's surety, Granite Re, Inc., into the Lockridge Grindal Nauen Lawyers' Trust Account at U.S. Bank, 800 Nicollet Mall, Minneapolis, MN 55402. It is further ordered that upon making this deposit, Granite Re, Inc., is hereby exonerated and discharged from any and all obligations under said bond.

Dated: March 25, 2003

BY THE COURT:

Hon. Jonathan G. Lebedoff
United States Magistrate Judge