**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Donald G. Cousineau,

Plaintiff,

v.

Norstan, Inc.,

Defendant.

Case No.: 00-CV-1113 DSD/JGL

**SECOND STIPULATION AND ORDER FOR EXONERATION OF SUPERSEDEAS BOND**

---

Plaintiff Donald G. Cousineau ("Cousineau"), and defendant Norstan, Inc. ("Norstan") respectfully submit this Second Stipulation for Exoneration of Supersedeas Bond.

1. WHEREAS, on March 25, 2003 the Court signed a Stipulation and Order for Exoneration of Supersedeas Bond, exonerating Supersedeas Bond No. GRMN19167A in the amount of $759,569.04 on the condition that Norstan's surety, Granite Re, Inc., deposit $759,569.04 into the Lockridge Grindal Nauen Lawyers' Trust Account at U.S. Bank, 800 Nicollet Mall, Minneapolis, MN 55402; and

2. WHEREAS, on March 26, 2003 Granite Re, Inc. deposited $759,569.04 into the Lockridge Grindal Nauen Lawyers' Trust Account; and

3. WHEREAS, on March 27, 2003 Lockridge Grindal Nauen paid the total sum of $759,569.04 to plaintiff and plaintiff's counsel;

NOW, THEREFORE, the parties hereby stipulate and request that Supersedeas Bond No. GRMN19167A be exonerated fully and finally and without condition, and that Granite Re, Inc., be released from any and all liability under said bond.

314990-1

FILED 3-31-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Respectfully submitted,

Dated: March 27, 2003

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By ______________________
Patricia A. Bloodgood, #157673
Martin A. Carlson, #0299650
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT NORSTAN, INC.**

Dated: March 27, 2003

NICHOLS, KASTER & ANDERSON

By ______________________
James H. Kaster, #53946
Nicholas G.B. May, #287106
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

**ATTORNEYS FOR PLAINTIFF DONALD G. COUSINEAU**

**ORDER**

Based upon the foregoing Stipulation of the parties, and the Court being fully advised on the premises, it is hereby

**ORDERED** that Supersedeas Bond No. GRMN19167A is exonerated fully and finally and without condition, and that Granite Re, Inc., is hereby released from any and all liability under said bond.

Dated: March 28, 2003

BY THE COURT:

Judge
United States District Court