**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Donald G. Cousineau,

Plaintiff,

v.

Norstan, Inc.,

Defendant.

Case No.: 00-CV-1113 DSD/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed, by and between the parties thereto, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on its merits and with prejudice but without cost to any party.

Dated: 4/8, 2003

NICHOLS KASTER & ANDERSON

By: ____________________
James H. Kaster (#53946)
Nicholas G.B. May (#287106)
4644 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1919

**ATTORNEYS FOR PLAINTIFF**

Dated: 4/9, 2003

LOCKRIDGE GRINDAL NAUEN

By: ____________________
Patricia A. Bloodgood (#157673)
Martin A. Carlson (#0299650)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANT**

314682-1

FILED 4-11-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

**ORDER**

Based upon the foregoing stipulation of the parties and upon all the files, records and proceedings herein, and the Court being fully advised on the premises, it is hereby

**ORDERED, ADJUDGED AND DECREED** that, pursuant to Fed. R. Civ. P. 41, the above-entitled claim, brought by Plaintiff Donald G. Cousineau against Norstan, Inc., including all claims which were or could have been asserted therein, shall be, and hereby is, dismissed on its merits and with prejudice but without cost to any party.

Dated: April 11, 2003

BY THE COURT:

Hon. David S. Doty
Judge, United States District Court