IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Donald G. Cousineau

Case: 0-00CV-1113

Plaintiff,

vs.

**SATISFACTION OF JUDGMENT**

Norstan, Inc.

Defendant.

Donald G. Cousineau, Plaintiff, by his attorney, Rachhana Srey, NICHOLS KASTER & ANDERSON, P.L.L.P., hereby certifies that the judgment entered by this Court, in favor of Donald G. Cousineau against Defendant, in the amount of $64,216, which was entered on July 26, 2001, and docketed on October 17,2001, has been paid and satisfied in full; and that the Court Administrator is hereby authorized to discharge said judgment of record.

IN TESTIMONY WHEREOF, Donald G. Cousineau, by his attorney, Rachhana Srey, has hereunto set his hand this 19th day of January, 2005.

NICHOLS KASTER & ANDERSON, P.L.L.P.

By Rachhana T. Srey
Rachhana T. Srey
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
612-338-1919

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

On this 19th day of January, 2005, before me personally appeared Rachhana Srey, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

KARLA J. GEVING
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1/31/2005

Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Donald G. Cousineau

Plaintiff,

vs.

Norstan, Inc.

Defendant.

**Case: 0-00CV-1113**

**SATISFACTION OF JUDGMENT**

Donald G. Cousineau, Plaintiff, by his attorney, Rachanna Srey, NICHOLS KASTER & ANDERSON, P.L.L.P., hereby certifies that the judgment entered by this Court, in favor of Donald G. Cousineau against Defendant, in the amount of $91,781, which was entered on July 26, 2001, and docketed on October 17,2001, has been paid and satisfied in full; and that the Court Administrator is hereby authorized to discharge said judgment of record.

IN TESTIMONY WHEREOF, Donald G. Cousineau, by his attorney, Rachhana Srey, has hereunto set his hand this 19th day of January, 2005.

NICHOLS KASTER & ANDERSON, P.L.L.P.

By [signature]

Rachhana T. Srey
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
612-338-1919

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

On this 19th day of January, 2005, before me personally appeared Rachhana Srey, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

KARLA J. GEVING
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1/31/2005

[signature]
Notary Public

SCANNED
JAN 26 2005
U.S. DISTRICT COURT MPLS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Donald G. Cousineau

**Case: 0-00CV-1113**

Plaintiff,

vs.

**SATISFACTION OF JUDGMENT**

Norstan, Inc.

Defendant.

Donald G. Cousineau, Plaintiff, by his attorney, Rachhana Srey, NICHOLS KASTER & ANDERSON, P.L.L.P., hereby certifies that the judgment entered by this Court, in favor of Donald G. Cousineau against Defendant, in the amount of $36,886, which was entered on July 26, 2001 and docketed on October 17,2001, has been paid and satisfied in full; and that the Court Administrator is hereby authorized to discharge said judgment of record.

IN TESTIMONY WHEREOF, Donald G. Cousineau, by his attorney, Rachhana Srey, has hereunto set his hand this 19th day of January, 2005.

**NICHOLS KASTER & ANDERSON, P.L.L.P.**

By [signature]
Rachhana T. Srey
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
612-338-1919

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

On this 19th day of January, 2005, before me personally appeared Rachhana Srey, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

KARLA J. GEVING
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1/31/2005

[signature]
Notary Public

SCANNED
JAN 26 2005
U.S. DISTRICT COURT MPLS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Donald G. Cousineau

**Case: 0-00CV-1113**

Plaintiff,

vs.

**SATISFACTION OF JUDGMENT**

Norstan, Inc.

Defendant.

Donald G. Cousineau, Plaintiff, by his attorney, Rachhana Srey, NICHOLS KASTER & ANDERSON, P.L.L.P., hereby certifies that the judgment entered by this Court, in favor of Donald G. Cousineau against Defendant, in the amount of $478,709, which was entered on July 26, 2001 and docketed on October 17,2001, has been paid and satisfied in full; and that the Court Administrator is hereby authorized to discharge said judgment of record.

IN TESTIMONY WHEREOF, Donald G. Cousineau, by his attorney, Rachhana Srey, has hereunto set his hand this 19th day of January, 2005.

**NICHOLS KASTER & ANDERSON, P.L.L.P.**

By [signature]
Racchana T. Srey
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
612-338-1919

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

On this 19th day of January, 2005, before me personally appeared Rachhana Srey, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

KARLA J. GEVING
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1/31/2005

[signature]
Notary Public

SCANNED
JAN 26 2005
U.S. DISTRICT COURT MPLS

MASLON
MASLON EDELMAN BORMAN & BRAND, LLP

P 612.672.8200
F 612.672.8397
www.maslon.com

3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA
55402-4140

January 26, 2005

**Paul D. Chestovich**
**Direct Phone: (612) 672-8305**
**Direct Fax: (612) 642-8305**
*Paul.Chestovich@maslon.com*

Clerk of Court
U.S. District Court
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
05 JAN 26 PM 4:34
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

Re: Cousineau v. Norstan, Inc.
0-00CV-1113

Dear Clerk:

I have enclosed for conventional filing four originally executed Satisfactions of Judgment in the referenced matter. Would you please file the originals, stamp the enclosed copies as filed and return them to the waiting messenger.

If you have any questions, please contact me.

Very truly yours,

Paul Chestovich

Paul D. Chestovich

PDC:ck

SCANNED
JAN 26 2005
U.S. DISTRICT COURT MPLS